# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. and A.B.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 8:17-cv-1460-JLS-KES<br><br>**ORDER OF DISMISSAL**<br>**[FRCP 41(A)]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

DATE: April 15, 2019_____  JOSEPHINE L. STATON_____

Hon. Josephine L. Stanton